IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERRICK ANTHONY MOORE, | : | |
| Plaintiff | : | |
| VS. | : | |
| Judge ROBERT FLOURNOY, III, | : | NO. 5:08-CV-256 (HL) |
| Ass't District Atty RUEBEN GREEN, | : | |
| Attorney DAVID KOONTZ, and | : | |
| Judge CHARLES PANNELL, JR., | : | |
| Defendants | : | **ORDER OF TRANSFER** |

Plaintiff **DERRICK ANTHONY MOORE**, an inmate at Autry State Prison in Pelham, Georgia, has filed a *pro se* civil rights action under 42 U.S.C. § 1983. Plaintiff sues several individuals who were involved with his underlying criminal proceeding in Cobb County. Plaintiff also sues Judge Charles Pannell, Jr., for failing to consider the merits of his federal lawsuits.

The Middle District of Georgia is not the appropriate court in which to file the instant action. The defendants are either located or employed, and all of the events alleged in the complaint occurred, in Cobb County, which is located in the Northern District of Georgia. 28 U.S.C. § 90(a)(2). Pursuant to 28 U.S.C. § 1404(a), a district court may, in the interests of justice, transfer a civil action filed in the wrong district. Because it appears that this action should have been filed in the Northern District of Georgia, transfer to that district is appropriate.

Plaintiff requests that this case be heard in the Middle District of Georgia because Judge Charles Pannell, Jr., of the Northern District is a defendant and plaintiff apparently believes he might not be treated impartially in the Northern District. Such speculation is insufficient to prevent this Court from transferring this case. Plaintiff can raise his concerns with the Northern District and, if necessary, on appeal.

Accordingly, the Court **DIRECTS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the Northern District of Georgia.

**SO ORDERED**, this 4th day of AUGUST, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr